UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES TERRELL JOHNSON                     CIVIL ACTION

VERSUS                                    NUMBER: 10-00301

ASSUMPTION PARISH DETENTION               SECTION: "N"(5)
CENTER, ET AL.

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims against defendants are dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 3rd day of June, 2010.

UNITED STATES DISTRICT JUDGE